# CIVIL MINUTES – GENERAL

Case No.  **CV 17-03253 AFM**                                                   Date:  **May 8, 2018**

Title  **Mt. Hawley Insurance Company v. All Green Electric, Inc., et al.**

Present: The Honorable:   **ALEXANDER F. MacKINNON, U.S. Magistrate Judge**

|  Ilene Bernal  |  N/A  |
| --- | --- |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| --- | --- |
| N/A | N/A |

**Proceedings (In Chambers):**

Pursuant to Fed. R. Civ. P. 41(a)(1) and (c) and the stipulation of the parties (ECF No. 105), IT IS ORDERED that this action is dismissed in its entirety, with prejudice.

                                                                                                        :
                                                                **Initials of Preparer**        ib